### ALBERT J. DAVIS v. THE STATE.

No. 9166. Delivered June 3, 1925.

**Forgery—Evidence Sufficient.**

No complaints of the procedure on the trial appear in the record. A plea of guilty was entered. The judgment is affirmed.

Appeal from the District Court of Navarro County. Tried below before the Hon. Hawkins Scarborough, Judge.

Appeal from a conviction of forgery; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the offense of forgery; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment seems regular. A plea of guilty was entered. No faults have been observed in the verdict, judgment or sentence. We find no complaints of the procedure.

The judgment is affirmed.

*Affirmed.*